JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

5/26/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A. FINKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE CO. SHERIFF'S DEPT.,<br><br>　　　　Defendants. | NO. ED CV 16-217-JFW(E)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the action is dismissed without prejudice.

　　DATED: May 26, 2016.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE